**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MARGARET A. SCHOMER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 0:12-cv-01038-PAM-HB |
| | ) | |
| v. | ) | |
| | ) | |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR TRANSFER OF VENUE**

Plaintiff Margaret A. Schomer ("Plaintiff") and Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), by and through their respective undersigned counsel, hereby stipulate, agree, and jointly request that the Court issue an order as follows:

WHEREAS, Plaintiff commenced the instant action by filing a Complaint on April 26, 2012, in the United States District Court for the District of Minnesota;

WHEREAS, this matter was transferred to the *In re: Ethicon, Inc. Pelvic Repair Systems Product Liability Litigation* Multidistrict Litigation in the United States District Court for the Southern District of West Virginia on May 11, 2012 for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (D.E. 3);

WHEREAS, the MDL Court issued a Remand Order and this matter was remanded to its transferor court on May 8, 2017 (D.E. 106);

WHEREAS, Plaintiff has resided in the Central District of Illinois, Springfield Division, at all relevant times;

WHEREAS, Plaintiff's Prolift, TVT Secur, and TVT-O devices were all implanted in the Central District of Illinois, Springfield Division;

WHEREAS, nearly all of Plaintiff's healthcare providers and all other non-party witnesses are located in the Central District of Illinois, Springfield Division;

WHEREAS, Plaintiff and Ethicon agree that a substantial part of the events giving rise to the instant action occurred in Illinois;

WHEREAS, counsel for Plaintiff and Ethicon have conferred and agree that the instant action could have been brought in the United States District Court for the Central District of Illinois, Springfield Division, pursuant to 28 U.S.C. § 1391, and it is an appropriate venue;

WHEREAS, counsel for Plaintiff and Ethicon have conferred and agree that this matter should be transferred to the United States District Court for the Central District of Illinois, Springfield Division, pursuant to 28 U.S.C. § 1404;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the instant action should be transferred to the United States District Court for the Central District of Illinois, Springfield Division. The parties hereby jointly stipulate to and request that the Court grant the proposed order concurrently filed, approving and implementing this stipulation without further motion, hearing and/or other proceedings and that the Court's order shall be effective immediately upon issuance.

IT IS SO STIPULATED:

May 26, 2017

/s/ Jonathan R. Mencel

Charles H. Johnson Reg. No. 50696
Jonathan R. Mencel Reg. No. 390056
*Attorneys for Plaintiff Margaret Schomer*
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone: (651) 633-5685
Facsimile: (651) 633-4442
Email: bdehkes@charlesjohnsonlaw.com
jmencel@charlesjohnsonlaw.com

May 26, 2017

/s/ Brandie L. Morgenroth

Tracy J. Van Steenburgh Reg. No. 141173
Brandie L. Morgenroth Reg. No. 0396155
*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*
NILAN JOHNSON LEWIS PA
120 South Sixth Street, Suite 400
Minneapolis, MN 55402
Telephone: (612) 305-7500
Facsimile: (612) 305-7501
Email: tvan@nilanjohnson.com
bmorgenroth@nilanjohnson.com

and

Tarek Ismail
Shayna S. Cook
Allyson D. Miller
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM, LLP
564 West Randolph Street, Suite 400
Chicago, IL 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
Email: tismail@goldmanismail.com
scook@goldmanismail.com
amiller@goldmanismail.com